UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED

APR 0 5 2023

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

ORMAN JOSE ESPINOSA-URIBE,
a/k/a "Muelon" and
JOSE OVIDIO PARRA-RINCON

CASE NO. 8:23-121-WFJ-JSS
21 U.S.C. §§ 959, 963

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From an unknown date, but at least in or around October 2020, continuing through and including the date of this Indictment, in the Middle District of Florida and elsewhere, the defendants,

ORMAN JOSE ESPINOSA-URIBE, a/k/a "Muelon", and
JOSE OVIDIO PARRA-RINCON,

did knowingly and willfully conspire with other persons known and unknown to the Grand Jury to distribute and possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, while on board an aircraft registered in the United States.

All in violation of 21 U.S.C. §§ 959(c)(1), (c)(2), 963 and 960(b)(1)(B)(ii).

## COUNT TWO

From an unknown date, but at least in or around October 2020, continuing through and including the date of this Indictment, in the Middle District of Florida and elsewhere, the defendants,

> ORMAN JOSE ESPINOSA-URIBE, a/k/a "Muelon", and
> JOSE OVIDIO PARRA-RINCON,

did knowingly and intentionally, while aiding and abetting other persons known and unknown to the Grand Jury, distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board an aircraft registered in the United States.

In violation of 21 U.S.C. §§ 959(c)(1) and 960(b)(1)(B)(ii), and 18 U.S.C. § 2.

## COUNT THREE

From an unknown date, but at least in or around October 2020, continuing through and including the date of this Indictment, in the Middle District of Florida and elsewhere, the defendants,

> ORMAN JOSE ESPINOSA-URIBE, a/k/a "Muelon", and
> JOSE OVIDIO PARRA-RINCON,

did knowingly and intentionally, while aiding and abetting other persons known and unknown to the Grand Jury, possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board an aircraft registered in the United States.

In violation of 21 U.S.C. §§ 959(c)(2) and 960(b)(1)(B)(ii), and 18 U.S.C. § 2.

## **FORFEITURE**

1. The allegations contained in Counts One through Three are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to provisions of 21 U.S.C. §§ 853 and 970.

2. Upon conviction of any or all violations charged in Counts One, Two, and Three, the defendants,

> ORMAN JOSE ESPINOSA-URIBE, a/k/a "Muelon", and
> JOSE OVIDIO PARRA-RINCON,

shall forfeit to the United States of America, pursuant to 21 U.S.C. §§ 853 and 970, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

3. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

3

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p).

A TRUE BILL,

███████████████
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *(signature)* Joseph K. Ruddy
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

By: *(signature)* Christopher F. Murray
Christopher F. Murray
Assistant United States Attorney
Chief, Criminal Division South

4

FORM OBD-34
April 23

No. _____

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ORMAN JOSE ESPINOSA-URIBE,
a/k/a "Muelon" and
JOSE OVIDIO PARRA-RINCON

INDICTMENT

Violations: 21 U.S.C. §§ 959, 963

A true bill,

███████████████
Foreperson

Filed in open court this 5th day

of April 2023.

_____
Clerk

Bail $_____